**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x  Civil Action No.: CV-04-4791 (NGG) (KAM)
UNITED STATES OF AMERICA, §
§
             Plaintiff, §
  - against - §
§
DENISE JERVIS, §
§
            Defendant. §
---------------------------------------------------------x

## DEFAULT JUDGMENT

Because Denise Jervis failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Denise Jervis:

**Claim No. C-108909W**

| | |
|---|---|
| Principal Balance: | $3,030.50 |
| Total Interest Accrued at 9.130%: | $4,573.72 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $7,784.22 |
| Attorney's Fees: | $ |
| Total Owed: | $7784.22 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
May 13, 2005

_____
Nicholas G. Garaufis
United States District Judge